# Mary B. Grossman
Chapter 13 Trustee
United States Bankruptcy Court
Eastern District Of Wisconsin

Telephone (414) 271-3943
Fax (414) 271-9344
chp13@execpc.com

740 N. Plankinton Avenue
Suite 400
Milwaukee, Wisconsin 53203

February 11, 2009

Clerk of US Bankruptcy Court
126 U S Courthouse
517 E. Wisconsin Ave.
Milwaukee, WI 53202

RE: DBTR: JON JANOWSKI
   CASE NO: 03-30234-JES ✓

Dear Clerk of US Bankruptcy Court:

Enclosed please find check # 1034040 which replaces check # 1030438 (copy attached) in the above case. Please deposit these funds as unclaimed funds, as they were returned by the United States Postal Service.

Thank You.


OFFICE OF CHAPTER 13 TRUSTEE




cc: file

**Mary B. Grossman**
**Chapter 13 Trustee**
740 Plankinton Ave
Suite 400
Milwaukee, WI 53203

SunTrust Bank

January 13, 2009

64-79
641

No. 1030438

PAY** Two Thousand Four Hundred Forty Six Dollars and 35 Cents***************************
TO THE ORDER OF

AMOUNT **************$2,446.35***

00065706
SCHNEIDER, DUANE
N9174 E. SHORE RD.
EAST TROY, WI 53120-

VOID AFTER April 13, 2009
Positive Pay Account

*VOID*

⑈1030438⑈ ⑆061100790⑆ 000000575177⑈

Mary B. Grossman, Chapter 13 Trustee
Pay to: 00065706 SCHNEIDER, DUANE

Check No. 1030438

Please notify the Court & us of any changes made after filing of your claim (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 03-30234-JES | 018-0 | JON JANOWSKI | | 0.00 | 2,446.35 | 0.00 | 2,446.35 |

VOID
N.F.

JAN 28 2009

Mary B. Grossman, Chapter 13 Trustee  
Check No. 1034040  
Pay to: 00000965  CLERK OF US BANKRUPTCY COURT  
Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 03-30234-JES | 018-0 | JON JANOWSKI | | 0.00 | 2,446.35 | 0.00 | 2,446.35 |